# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00691-CV

### In re Johnny Ray Valchar

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus, complaining that the trial court had not satisfied its statutory duties under article 11.07 of the code of criminal procedure with regard to an application of writ of habeas corpus he filed on or about September 8, 2010. The trial court has since informed this Court that it has issued an order with findings of fact and conclusions of law and has ordered the application and related documents to be forwarded to the court of criminal appeals. A copy of the trial court's order has been sent to Valchar. Therefore, the trial court has complied with the statute and Valchar has received the relief he sought through his petition for writ of mandmaus. Accordingly, we deny the petition for writ of mandamus.

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:   October 26, 2010